IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

ARMIN WAND, III,

        Plaintiff,      NOTICE OF APPEAL

        V.             Case No. 18-CV-500-Whc

BECKEY KRAMER, et al.

        Defendants,

    Notice is given that the plaintiff, Armin Wand III, Pro Se, Appeals to the United States Court of Appeals for the Seventh Circuit from an Order entered in this action on December 18, 2019.

    Dated this 6th day of January, 2020

                      Respectfully Submitted,

                      *Armin Wand III*
                      Armin Wand III #380173
                      PRO SE
                      W.S.P.F. - P.O. BOX 1000
                      Boscobel WI 53805

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

RE: Armin Ward, III, V. Beckey Kramer et.al.
Case No. 18-CV-500-WMC

I hereby certify that the 9th day of January 2020 the Notice of Appeal were electronically file with the Clerk of the court on behalf of the plantiff using the ECF System. A copy has been Sent by mail to the Court of Appeals for the Seventh Circuit.

Armin Ward III
Armin Ward III #380673
Pro Se
W.S.P.F. - P.O. Box 1000
Boscobel, WI. 53805