IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

                Plaintiff,

   v.

BECKEY KRAMER,

                Defendant.

ORDER

18-cv-500-wmc

---

*Pro se* plaintiff Armin Wand, III, is proceeding to trial in this civil action under 42 U.S.C. § 1983 on claims of deliberate indifference and negligence against defendants Leonard Johnson and Becky Kramer. In particular, Wand challenges defendants' handling of his need for medical care related to an appendicitis in February of 2018. At plaintiff's request, the court recruited counsel Stephen Eisenberg of the Eisenberg Law Offices for the limited purpose of representing plaintiff at least through the mediation process.

Attorney Eisenberg has submitted a letter to the court explaining that while he spent considerable time with plaintiff Wand, he was ultimately unsuccessful in his attempts to help plaintiff resolve the case. Accordingly, he now moves to withdraw from the case as the purpose for which he was appointed is complete. In addition to granting his motion, the court sincerely thanks Attorney Eisenberg for his time and effort with regard this matter.

ORDER

IT IS ORDERED that Attorney Stephen Eisenberg's request to withdraw from future representation is GRANTED and he is relieved of the necessity of appearing at the November 4 scheduling conference.

Entered this 21st day of October, 2021.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge