IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

                  ORDER

        Plaintiff,

    v.

                  18-cv-500-wmc

LEONARD JOHNSON and
BECKEY KRAMER,

        Defendants.

---

On Thursday April 14, 2022, *pro se* plaintiff Armin Wand will be deposing defendants via Zoom. Consistent with the court's prior order, under Federal Rules of Civil Procedure 28 and 30(b)(5)(A), the court appoints Deputy Clerk Andrew Wiseman to act as the officer of both depositions, to (1) begin the deposition in accordance with Rule 30(b)(5)(A), and (2) complete the deposition in accordance with Rule 30(b)(5)(C). The court further directs Deputy Clerk Wiseman to maintain the video/audio recording following the depositions.

    SO ORDERED.

    Entered this 8th day of April, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge