IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

                Plaintiff,

    v.

LEONARD JOHNSON and
BECKEY KRAMER,

                Defendants.

ORDER

18-cv-500-wmc

---

    This case is proceeding to trial on May 23, 2022. Today the court held the final pretrial conference. Attached to this order are the court's updated proposed orientation remarks and voir dire and closing instructions, for discussion during the telephonic hearing set for **Wednesday May 18, at 2:00 p.m.**, with defense counsel responsible for arranging for Wand's participation in the call and initiating the call to the court. Consistent with the court's rulings during today's hearing:

1. The clerk of court is directed to arrange for the videoconference testimony of Inmate Samuel Cannon on Monday May 23, 2022.

2. The clerk of court is directed to make arrangements with defense counsel for the videoconference testimony of current or former Wisconsin Secure Program Facility Correctional Officers John Kussmaul, Jeremy McDaniel and Matthew Rieck, during the afternoon of Monday May 23, 2022, or the morning of Tuesday May 24, 2022.

3. Nicole Loomis is relieved of her obligation testify in this case at trial.

4. For discussion during the telephonic conference on Wednesday May 18, the court proposes the following schedule for plaintiff Armin Wand's witnesses:

**Monday May 23**

11:30: Nurse Jodie Eckert, in-person
12:00: Nurse Justin Enright, in-person
1:30 p.m.: Inmate Jason Reed, by videoconference
2:00: Inmate Andre Robinson, by videoconference
2:30: Samuel Cannon, by videoconference
3:00: Timothy Lant, in person
3:30: John Kussmaul, by videoconference
4:00: Jeremy McDaniel, by videoconference

**Tuesday May 24**

9:00 a.m.: Matthew Rieck, by videoconference
9:30: Shawn Funk, by videoconference

SO ORDERED.

Entered this 13th day of May, 2022.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge