IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

                Plaintiff,

v.

LEONARD JOHNSON and
BECKEY KRAMER,

                Defendants.

OPINION and ORDER

18-cv-500-wmc

---

*Pro se* plaintiff Armin Wand is currently incarcerated at the Wisconsin Secure Program Facility ("WSPF") and proceeding to trial on May 23, 2022, on claims under the Eighth Amendment and Wisconsin tort law related to defendants' handling of his appendicitis in February of 2018. Registered Nurse Justin Enright will be testifying as a fact witness at trial. Pursuant to the court's discussion with the parties and Enright's counsel today, and receiving Armin Wand's consent for the disclosure of *all* of his medical records related to the medical care he received in February of 2018:

1) The records custodian at University of Wisconsin Hospitals and Clinics is DIRECTED to turn over to Enright's counsel of record, Attorney Erik H. Honson, the medical records related to Enright's involvement in Wand's medical treatment at the University of Wisconsin Health in Madison, Wisconsin, in February of 2018.

2) Attorney Monson is also DIRECTED to arrange for defense counsel to receive copies of all of the medical records received from UW Health Hospital, who is in turn DIRECTED to provide a complete copy to Mr. Wand.

SO ORDERED.

Entered this 18th day of May, 2022.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge