IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

                OPINION and ORDER

         Plaintiff,

v.

                18-cv-500-wmc

LEONARD JOHNSON and
BECKEY KRAMER,

         Defendants.

---

*Pro se* plaintiff Armin Wand is currently incarcerated at the Wisconsin Secure Program Facility ("WSPF") and proceeding to trial on May 23, 2022, on claims under the Eighth Amendment and Wisconsin tort law related to defendants' handling of his appendicitis in February of 2018. Registered Nurse Jodie Eckert will be testifying as a fact witness at trial. Pursuant to the court's discussion with the parties and Eckert's counsel today, and receiving Armin Wand's consent for the disclosure of *all* of his medical records related to the medical care he received in February of 2018:

1) The records custodian at Gunderson Boscobel Area Hospital and Clinics is DIRECTED to turn over to Ms. Eckert and Eckert's counsel of record, Attorney Jason Prekop, all of the medical records related to Wand's treatment at Gunderson Hospital in February of 2018.

2) Attorney Prekop is also DIRECTED to arrange for defense counsel to receive copies of all of the medical records received from Gunderson Hospital, who is in turn DIRECTED to provide a complete copy to Mr. Wand.

SO ORDERED.

Entered this 18th day of May, 2022.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge