IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND, III,

              Plaintiff,

  v.

LEONARD JOHNSON and
BECKEY KRAMER,

              Defendants.

ORDER

18-cv-500-wmc

---

    Following trial, a jury found no liability on *pro se* plaintiff Armin Wand's Eighth Amendment and negligence claims against defendants Leonard Johnson and Beckey Kramer. Wand is appealing the judgment entered in this case, and he has filed a request for transcripts under 28 U.S.C. § 753(f). (Dkt. ##426, 430.)

    Under 28 U.S.C. § 753(f), a party proceeding *in forma pauperis* is entitled to a free transcript only after the "trial judge or a circuit judge certifies that the suit or appeal is not frivolous (but presents a substantial question)." Wand requests transcripts from proceedings held on the following dates: August 13, 2019; January 28, 2021; August 18, 2021; November 4, 2021; November 10, 2021; May 10, 2022; May 13, 2022; May 18, 2022; May 23, 2022; May 24, 2022; and May 25, 2022. The court certifies that Wand's appeal is not frivolous and that the transcripts he requests may be relevant to his appeal. Therefore, the motion will be granted with respect to proceedings that occurred on those dates.

ORDER

IT IS ORDERED that:

1) Plaintiff Armin Wand's motion for transcripts (dkt. ##426, 430) is GRANTED.

2) The court reporter is directed to prepare transcripts of the proceedings that took place on August 13, 2019; January 28, 2021; August 18, 2021; November 4, 2021; November 10, 2021; May 10, 2022; May 13, 2022; May 18, 2022; May 23, 2022; May 24, 2022; and May 25, 2022, and furnish copies to Wand, with fees to be paid by the United States, under 28 U.S.C. § 753(f).

Entered this 24th day of June, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge