IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| ARMIN WAND, III, | |
| Plaintiff, | ORDER |
| v. | |
| LEONARD JOHNSON and BECKEY KRAMER, | 18-cv-500-wmc |
| Defendants. | |

---

After closer review of plaintiff Armin Wand's requested transcripts, the court has discovered that three listed transcripts do not exist. In particular, (1) the August 13, 2019, proceeding took place on August 9, 2019; (2) the August 18, 2021, telephonic conference with Magistrate Judge Stephen Crocker does not exist; and (3) the November 10, 2021, proceeding took place on November 4, 2021. Accordingly, the court modifies its June 24, 2022, directive to the court reporter as follows:

The court reporter is directed to prepare transcripts of the proceedings that took place on August 9, 2019; January 28, 2021; November 4, 2021; May 10, 2022; May 13, 2022; May 18, 2022; May 23, 2022; May 24, 2022; and May 25, 2022, and furnish copies to Wand, with fees to be paid by the United States, under 28 U.S.C. § 753(f).

SO ORDERED.

Entered this 7th day of July, 2022.

BY THE COURT:

/s/_____
WILLIAM M. CONLEY
District Judge